1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

UNITED STATES OF AMERICA,

CASE NO.:  22-cr-0873-JLS

12

Plaintiff,

13

v.

ORDER CONTINUING MOTION
HEARING/TRIAL SETTING

14

RAYMUNDO MUNOZ-ORTEGA,

15

Defendant.

16
17

Pursuant to joint motion, **IT IS HEREBY ORDERED** that Mr. Munoz-

18

Ortega's motion hearing/trial setting currently scheduled for May 20, 2022, be

19

continued to June 24, 2022, at 1:30 p.m.

20

**IT IS FURTHER ORDERED** that time is excluded under the Speedy Trial

21

Act. 18 U.S.C. § 3161(h)(1)(D), (7). The Court further orders that the time necessary

22

for the continuance is excluded under the Speedy Trial Act to allow defense counsel

23

to prepare and in the interests of justice.

24

**IT IS SO ORDERED.**

25

Dated:  May 10, 2022

_Janis L. Sammartino_
Hon. Janis L. Sammartino
United States District Judge

26
27
28